AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Santiago Jimenez-Garcia<br><br>*Defendant(s)* | Case No. 2:23-mj-317 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __04/26/2023__ in the county of __Franklin__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a)(1) | Illegal reentry of a removed alien |

This criminal complaint is based on these facts:
see attached affidavit

☞ Continued on the attached sheet.

MEAGHAN A MURPHY
*Digitally signed by MEAGHAN A MURPHY*
*Date: 2023.05.17 08:37:48 -04'00'*

*Complainant's signature*

Meaghan A. Murphy, Deportation Officer (ICE)
*Printed name and title*

Sworn to before me and signed in my presence.
VIA FACETIME
Date: May 19, 2023

*Judge's signature*

City and state: Columbus, Ohio

Elizabeth A. Preston Deavers, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE CRIMINAL COMPLAINT OF: | \| <br> \| <br> \| Case No. |
| Fidel NAVA-Barrera | \| <br> \| <br> \| |

## AFFIDAVIT OF MEAGHAN A. MURPHY IN SUPPORT OF CRIMINAL COMPLAINT

I, United States Immigration and Customs Enforcement (ICE) Deportation Officer, Meaghan A. Murphy, being first duly sworn, depose and state as follows:

1. I am a Deportation Officer with more than fourteen years of experience as an Immigration Officer with the United States Immigration and Customs Enforcement. I am assigned to the Columbus, Ohio Office of Enforcement and Removal Operations (ERO). I have investigated both criminal and administrative matters involving aliens in the United States. I have successfully completed the Deportation Officer Training Program at the Federal Law Enforcement Training Center (FLETC) at Glynco, GA.

2. While investigating Fidel NAVA-Barrera, I have learned the following facts:

3. NAVA-Barrera is a citizen of Mexico and is not a citizen of the United States.

4. On January 14, 2010, NAVA-Barrera was ordered removed by an Immigration Judge in Atlanta, GA. NAVA-Barrera was physically removed on this order on or about April 19, 2010, at the Hidalgo, TX, Port of Entry. On that day NAVA-Barrera surrendered his fingerprint and photo for Immigration Form I-205 (Warrant of Removal/Deportation) and signed the same form. NAVA-Barrera's departure was witnessed by an Immigration Detention Enforcement Officer who documented the departure by way of signature on Immigration Form I-205.

5. On or about October 15, 2012, NAVA-Barrera was encountered by Immigration officials in Columbus, OH. NAVA-Barrera's prior order of removal from January 14, 2010, was then reinstated. On October 23, 2012, NAVA-Barrera was removed from the United States at the Laredo, TX Port of Entry.

6. On or about September 13, 2013, NAVA-Barrera was encountered by Immigration officials in Lorton, VA. NAVA-Barrera's prior order of removal from January 14, 2010, was then reinstated. On September 18, 2013, NAVA-Barrera was removed from the United States at the Brownsville, TX Port of Entry.

7. On February 18, 2020, NAVA-Barrera was encountered by United States Border Patrol Agents (USBP) in Sasabe, AZ. It was determined after a verification of fingerprints that NAVA-Barrera had previously been ordered removed from the United States and that NAVA-Barrera is subject to prosecution for illegal re-entry, being found in the United States after being barred for a period of 20 years.

8. Biometric and records checks confirmed that NAVA-Barrera did not receive permission from the Attorney General of the United States, or the Secretary of the United States Department of Homeland Security for this re-entry into the United States.

9. On May 23, 2020, NAVA-Barrera was removed from the United States at the Nogales, AZ., port of entry.

10. On January 3, 2023, Immigration Officials in Columbus, OH., discovered through the Alien Criminal Response Information Management System (ACRIME) that NAVA-Barrera had been arrested by the Columbus Police Department and charged with F3 Burglary on December 26, 2022.

Your Affiant uses the above facts to establish probable cause that NAVA-Barrera has committed a violation of 8 U.S.C. § 1326(a), being an alien who: (1) has been denied admission, excluded, deported, or removed, or has departed the U.S. while an order of exclusion, deportation or removal is outstanding; (2) thereafter entered, attempted to enter, or at any time was found in the U.S.; and (3) did not have consent from the Attorney General to reapply for admission to the U.S. prior to either his re-embarkation at a place outside the U.S. or his application for admission from a foreign contiguous territory.

MEAGHAN A MURPHY
Digitally signed by MEAGHAN A MURPHY
Date: 2023.05.17 09:35:44 -04'00'

Meaghan A. Murphy
Deportation Officer
Immigration and Customs Enforcement

Sworn before me and subscribed in my presence on this 19TH day of May, 2023.

Elizabeth A. Preston Deavers*
UNITED STATES MAGISTRATE JUDGE
United States District Court for the Southern District of Ohio